## ABBOTT v. RODGERS.

No. 4064. Opinion Filed December 3, 1912.

(128 Pac. 908.)

**APPEAL AND ERROR—Case-Made—Filing Below.** The case-made attached to the petition in error, or a copy thereof, not having been filed with the papers in the case in the court below, the same is a nullity, and cannot be considered in this court, for the purpose of reviewing matters complained of in the trial court.

(Syllabus by the Court.)

*Error from Dewey County Court;*
*Harry H. Smith, Judge.*

Action between Emily Abbott and Clay Rodgers. From the judgment, Abbott brings error. Dismissed.

*Baker & Bloss,* for plaintiff in error.

*Robt. E. Adams,* for defendant in error.

Grant v. Creed et al.

WILLIAMS, J.   Counsel for defendant in error moves to dismiss this proceeding in error for the reason that neither the case-made attached to the petition in error nor a copy thereof was filed with the papers in the case below.   The said motion was filed in this court on November 13, 1912, showing service on attorneys for the plaintiff in error on the 11th day of November, 1912.   No response has been made to said motion.

Under the authority of *St. Louis, I. M. & So. Ry. Co. v. Burrow,* 33 Okla. 701, 127 Pac. 478, the motion must be sustained.

See, also, *Marple v. Farmers' & Merchants' Nat. Bank,* 28 Okla. 810, 115 Pac. 1124; *Oligschalager v. Grell,* 13 Okla. 632, 75 Pac. 1131.

The motion to dismiss this proceeding in error must therefore be sustained.

All the Justices concur.